UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER JOHNSON,

    Petitioner,

 v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. 3:24-cv-05542-RAJ-MLP

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, all objections, and the remaining record, the Court finds and ORDERS the following:

 (1) The Court ADOPTS the Report and Recommendation. (Dkt. # 4).

ORDER - 1

(2)   Petitioner Christopher Johnson's federal habeas petition (Dkt. # 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

(3)   The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Michelle L. Peterson.

Dated this 8th day of October, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2